# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2458
Lower Tribunal No. 2022-SC-023079-O

_____

GALO CHABLA,

Appellant,

v.

SERGEY STREINIKOV,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew A. Bain, Judge.

October 14, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.


Galo Chabla, Apopka, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED